DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES JASON WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00302 OWW |
| Plaintiff, | ORDER FOR PSYCHIATRIC EXAMINATION TO DETERMINE DEFENDANT'S COMPETENCY |
| v. | |
| JAMES JASON WRIGHT, | Honorable Oliver W. Wanger |
| Defendant. | |

Defendant's motion under 18 U.S.C. § 4241 for psychiatric examination and hearing regarding competency **IS HEREBY GRANTED**.  The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The court sets the hearing to determine the mental competency of the defendant for April 25, 2006, at 9:00 A.M.

Pursuant to 18 U.S.C. § 4241(b) the court orders that a psychiatric examination of the defendant be conducted and that the report be filed with the court pursuant to the provisions of §§ 4247(b) and (c).  The examination shall be conducted by Dr. A. A. Howsepian.

Pursuant to 18 U.S.C. § 4247(c) the psychiatric report shall be filed with the court and copies provided to counsel.  The report shall include (1) the person's history and present symptoms, (2) a description of any medical tests that the examiner may employ and their results, (3) the examiner's

1  findings, and (4) the examiner's opinions as to diagnosis, prognosis, and whether Mr. Wright is suffering
2  from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to
3  understand the nature and consequences of the proceedings against him or to assist properly in his defense.
4       Dr. Howsepian is to submit his bill to the court upon conclusion of the examination. This order
5  authorizes up to ten hours of services by Dr. Howsepian at his governmental rate of $250.00 per hour.
6  Any additional services will need to be approved in advance by the court.
7       DATED: March ___, 2006

IT IS SO ORDERED.

**Dated:   March 21, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE