| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STANLEY A. BOONE<br>Assistant U.S. Attorney |
| 3 | 4401 Federal Building<br>2500 Tulare Street |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |



FILED
APR 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA, )   01: 05-CR-00302 OWW
                        )
         Plaintiff,     )
                        )   ORDER ON DEFENDANT'S MOTION TO
    v.                  )   FOR PSYCHIATRIC EXAMINATION
                        )   AND COMPETENCY TO STAND TRIAL
JAMES WRIGHT,           )
                        )
         Defendant.     )
_____)

This matter came for this court on April 25, 2006, on defendant's Motion for Psychiatric Examination and Competency to Stand Trial. Having reviewed the evidence in support of the motion and having heard the argument of counsel,

The Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease and defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

Accordingly,

IT IS HEREBY ORDERED that the defendant is here by committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) for a period not to exceed four months unless pursuant to the requirements of 18 U.S.C. § 4241(d)(2).

1  IT IS FURTHER ORDERED that a status conference is ordered
2  set for August 22, 2006, at 9:00 a.m.
3  Time is excluded under the Speedy Trial Act from the date of
4  the hearing until August 22, 2006, pursuant to 18 U.S.C. §
5  3161(h)(4) and thereafter if the period of commitment to the
6  Attorney General is extended.

DATED: 4-25-06

_____
OLIVER W. WANGER
United States District Court Judge