1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93720
   Telephone:  (559) 497-4000
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATE OF AMERICA        )    01: 05-CR-00302 OWW
                                  )
10              Plaintiff,        )
                                  )    ORDER CONTINUING DEFENDANT'S
11      v.                        )    COMMITMENT TO THE ATTORNEY
                                  )    GENERAL OF THE UNITED STATES
12                                )    (18 U.S.C. § 4241(d))
                                  )
13 JAMES WRIGHT,                  )    Date: August 22, 2006
                                  )    Time: 9:00 a.m.
14              Defendant.        )
                                  )
15

16     This matter came before for this court on for a status

17 conference on the defendant's mental competency to stand trial.

18 Stanley A. Boone, Assistant United States Attorney, appeared on

19 behalf of the government and Victor Chavez, appeared as counsel

20 for the defendant.  The defendant was not present as he is still

21 confined pursuant to this court's previous order regarding his

22 mental competency.  Accordingly,

23     IT IS HEREBY ORDERED that the defendant is continued in his

24 commitment to the Attorney General pursuant to 18 U.S.C. §

25 4241(d) and that pursuant to 18 U.S.C. § 4241(d)(2) such a

26 continued commitment is for a reasonable period of time.

27     IT IS FURTHER ORDERED that a status conference is ordered

28 set for September 26, 2006, at 9:00 a.m.

Time is also excluded under the Speedy Trial Act from the date of the hearing until September 26, 2006, pursuant to 18 U.S.C. § 3161(h)(4) and thereafter if the period of commitment to the Attorney General is extended.

IT IS SO ORDERED.

**Dated:   August 22, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE