```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )        1:05-CR-00302 OWW
                             )
    v.                       )
                             )        ORDER FOR FURTHER
JAMES WRIGHT,                )        COMMITMENT
                             )
            Defendant        )
_____)

Upon review of the psychiatric evaluation which was performed on the above defendant, upon agreement of all counsel, and for the reasons stated in the most recent report andevaluation of the mental health proessionals requesting additional time to restore defendant's competence;

IT IS ORDERED that the defendant, JAMES WRIGHT, is committed to the custody of the Bureau of Prisons pursuant to 18 USC 4241(d). IT IS SO ORDERED.

**Dated:   December 2, 2006**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

1