```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )      1:05-CR-302 OWW
                                )
     v.                         )
                                )      ORDER FOR CONTINUED
JAMES WRIGHT,                   )      COMMITMENT
                                )
              Defendant         )
_____)
```

The Court having been advised by the Bureau of Prisons that in their evaluation the above-named defendant is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him;

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General pursuant to 18 USC 4241(d)(2)(A) for a time period prescribed by law.

IT IS SO ORDERED.

**Dated:   May 26, 2007**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

1