```
DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES WRIGHT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-0302 OWW |
|---|---|
| Plaintiff, | ) WAIVER OF TRIAL BY JURY |
| v. | ) |
| JAMES WRIGHT, | ) Date: July 18, 2008<br>) Time: 3:00 p.m.<br>) Judge: Hon. Oliver W Wanger |
| Defendant. | ) **(NOTE CORRECTED TIME)** |

I acknowledge that I have been fully informed by my attorney of my right to trial by jury in this case. I hereby waive that right, request the Court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated: July 8, 2008                                            /s/ James Wright
                                                               JAMES WRIGHT
                                                               Defendant


APPROVED: 7/8/08                                               /s/ Victor M. Chavez
                                                               VICTOR M. CHAVEZ
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               James Wright

///

///

///

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

DATE: July 11, 2008                         /s/  Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant United States Attorney

# O R D E R

The court finds that the defendant, James Wright, has knowingly and voluntarily waived his right to a jury trial. The Court approves his waiver and the matter shall proceed as a Court trial.

IT IS SO ORDERED.

**Dated:   July 15, 2008**                  /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

Wright - Waiver of Trial by Jury                    2