# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>JAMES WRIGHT,<br>  Defendant | 1:05-CR-00302 OWW<br><br>JUDGMENT OF NOT GUILTY ONLY BY REASON OF INSANITY |

In the above-entitled matter, defendant James Wright has been convicted of violating title 18 USC 2244(a)(3) and (c).  Upon further trial before the court, sitting without a jury by stipulation of the parties on the issue of insanity, Defendant is adjudged NOT GUILTY ONLY by reason of insanity at the time the offense was committed.

In accordance with 18 USC 4241(b) and 4247(b) and (c), Defendant is committed to the custody of the Attorney General for further psychological evaluation in accordance with the requirements of law.

A hearing shall be held August 28, 2008, at 8:30 a.m., in Department 3, regarding Defendant's mental status.

   IT IS SO ORDERED.

**Dated:   July 21, 2008**                         /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1