DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  No. 1:05-cr-0302 OWW |
| Plaintiff, | ORDER FOR PSYCHIATRIC EXAM AND HEARING AFTER VERDICT OF NOT GUILTY ONLY BY REASON OF INSANITY |
| v. | 18 U.S.C. § 4243 |
| JAMES WRIGHT, | |
| Defendant. | Date:  August 28, 2008<br>Time:  8:30<br>Judge: Hon. Oliver W. Wanger |

The defendant has been found not guilty only by reason of insanity after a court trial.  Pursuant to 18 U.S.C. § 4243(b) the court orders that a psychiatric examination of Mr. Wright be conducted and that a report on that examination be filed with the court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).  The hearing is set for August 28, 2008 at 8:30 a.m.  The report shall be filed with the court and provided to counsel by August 24, 2008.  Mr. Wright is committed to the custody of the Attorney General for placement in a suitable facility to conduct the psychiatric evaluation.  The court notes that Mr. Wright was previously treated at FCC Butner.

The psychiatric report  shall include (1) Mr. Wright's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;(3)the examiner's findings; and (4)the examiner's opinions as to diagnosis, prognosis, and whether Mr. Wright is suffering from a mental disease or defect as a result of which his release would create a substantial  risk of

1 | bodily injury to another person or serious damage to property of another.

3     IT IS SO ORDERED.

4 | **Dated:   July 18, 2008**                         **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE