UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>     v.<br><br>JAMES WRIGHT,<br>            Defendant | 1:05-CR-00302 OWW<br><br>**SECOND AMENDED**<br>JUDGMENT OF NOT GUILTY<br>ONLY BY REASON OF INSANITY |

In the above-entitled matter, defendant James Wright has been convicted of violating title 18 USC 2244(a)(3) and (c). Upon further trial before the court, sitting without a jury by stipulation of the parties on the issue of insanity, Defendant is adjudged NOT GUILTY ONLY by reason of insanity at the time the offense was committed.

In accordance with 18 USC 4243(b) and 4247(b) and (c), Defendant is committed to the custody of the Attorney General for further psychological evaluation in accordance with the requirements of law.

A hearing shall be held **August 27, 2008, at 8:30 a.m.**, in Department 3, regarding Defendant's mental status.

 IT IS SO ORDERED.

**Dated:   July 24, 2008**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1