

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

September 10, 2008

The Honorable Oliver W. Wanger
Eastern District of California
5104 United States Courthouse
1130 O Street
Fresno, California 93721

FILED
SEP 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RE: WRIGHT, James
    Register Number:    62437-097
    Docket Number:    01:05-CR-00302 OWW

Dear Judge Wagner:

The above-referenced individual was admitted to the Mental Health Unit of this facility on September 8, 2008, pursuant to the provisions of Title 18, United States Code, Section 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Wright, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution plus a 30 day extension. If this request is granted, the evaluation period will end on November 21, 2008. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Complex Warden

AFB/dsm

GRANTED/DENIED (Circle One)

Signature: _____     DATE: 9-16-08
    District Judge Oliver W. Wanger

cc:  Stanley Boone, Assistant United States Attorney
     Victor Chavez, Defense Attorney