DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES J. WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00302 OWW |
| ) | |
| Plaintiff, ) | ORDER AFTER HEARING |
| ) | 18 U.S.C. § 4243 |
| v. ) | |
| ) | |
| JAMES J. WRIGHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter was heard by the court on April 6, 2009 pursuant to 18 U.S.C. § 4243 to determine whether, based on the psychiatric report prepared by medical staff at F.C.C. Butner, dated November 21, 2008, Mr. Wright's release would create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect.

The court finds that Mr. Wright's release as of that date would create a substantial risk of bodily injury to another person or serious damage of property of another due to a mental disease or defect. Therefore Mr. wright is committed to the custody of the Attorney General for hospitalization in a suitable facility pursuant to 18 U.S.C. § 4243(e).

Since the report prepared by F.C.C. Butner s seriously dated, the court orders that the institution prepare a report addressing Mr. Wright's current mental health status to enable the court to determine

///

whether Mr. Wright may be conditionally released under a prescribed regimen of medical, psychiatric, or psychological care or treatment pursuant to 18 U.S.C. § 4243(e)(2).

**IT IS SO ORDERED.**

DATED: April 17, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER, Senior Judge
United States District Court