# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>JAMES WRIGHT,                      )<br>                                   )<br>            Defendant.             )<br>_____) | 1:05-cr-0302 OWW<br><br>ORDER TO FILE REPORT OF DR. BERGER UNDER SEAL |

The report of Bruce Berger, M.D. dated August 12, 2009 regarding Defendant is hereby ordered filed under seal.

IT IS SO ORDERED.

Dated:   August 26, 2011                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1