HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant JAMES WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JAMES WRIGHT,<br><br>*Defendant*. | Case No.  1:05-CR-00302 LJO<br><br>**MOTION FOR CONDITIONAL RELEASE FROM PSYCHIATRIC HOSPITALIZATION PURSUANT TO 18 U.S.C. § 4243(f); ORDER THEREON**<br><br>Date:  None set<br>Time:<br>Judge: Lawrence J. O'Neill |

James Wright through his attorney of record, Assistant Federal Defender Victor M. Chavez, hereby requests an order pursuant to 18 U.S.C. § 4243(f) granting him a conditional release from his psychiatric hospitalization at FMC Butner. **The government by Assistant United States Attorney Brian W. Enos indicates that it is not opposed to Mr. Wright's motion for conditional release and is not requesting a hearing on the motion.**

## PROCEDURAL HISTORY

Mr. Wright was found not guilty by reason of insanity after a bench trial on July 18, 2008.  The indictment charged violation of 18 U.S.C. § 2244(a)(3) and (c).  Judgment was filed on July 25, 2008. (Dkt. No. 62).  Thereafter, on April 6, 2009 a hearing was held pursuant to 18 U.S.C. § 4243 to determine whether Mr. Wright's release would create a substantial risk of bodily injury to another person or serious damage of property of another due to a mental disease

1  or defect.  Based on the evaluation report dated November 21, 2008 the court committed Mr.
2  Wright to the custody of the Attorney General for hospitalization in a suitable facility.
3   (Dkt. No.72)
4      On August 12, 2009 Mr. Wright's medical team issued a new evaluation concluding that
5  Mr. Wright would be appropriate for a conditional release to a community placement "assuming
6  there was adequate community resources to include a monitored group home setting, outpatient
7  mental health services including medication monitoring and enrollment in Alcoholics
8  Anonymous or a similar community based program."  (Mental Health Report dated June 12,
9  2009, at p. 4-5)
10     On November 12, 2012 Mr. Wright was accepted into the Emmanuel Home IV, 303
11 Aqua Marine Lane, Knightdale, North Carolina, 27545.  However, on December 10, 2012 Ms.
12 Erica Foy, the U.S. Probation Officer Eastern District of North Carolina who reviewed the
13 proposed placement recommended denial of the release plan because there was no bed space
14 available.
15     On May 6, 2013 the court held a status conference, United States Probation Officer Foy
16 appeared telephonically. At that time she stated that she approved of the conditional release plan
17 for Mr. Wright subject only to space availability.  (Dkt. No. 86)  Attached is a letter from Ms.
18 Foy dated June 13, 2013 approving the conditional release placement. (Exhibit 1)  Since that
19 time, Ms. Robin Jackson, LCSW, the social worker assigned to Mr. Wright's case has been
20 monitoring space availability at the Emmanuel Home IV group home.
21     At the present time it appears that there is bed space available in the Emmanuel Home IV
22 group home.  The Probation Officer, Ms. Foy has indicated that it is not necessary to reevaluate
23 the placement. Mr. Wright's most recent Mental Health Evaluation by his medical team
24 continues to find him appropriate for a conditional release.  (Report of May 19, 2014, p. 5) (The
25 Court has previously been provided with this report.)  Ms. Foy has reviewed and approved the
26 following conditions of release for Mr. Wright:
27     1. That Mr. Wright reside at Emmanuel Homes IV, LLC, 303 Aqua Marine Lane,
28        Knightdale, North Carolina 27545. Ms. Eloise Dowtin, the Director/Owner of the

Group Home, has agreed to assist in monitoring his mental status and compliance with the conditions of his release. Her telephone number is (919) 231-2981. Any change in residence or employment must be approved by his supervising United States Probation Officer.

2. That he be required to report as directed to the United States Probation Officer assigned to his case. He will be assigned to U.S. Probation Officer Erica Foy (919) 861-8665. He will comply with the specific conditions listed herein and the standard conditions of the district of supervision.

3. That he maintain active participation in a regimen of outpatient mental health care as directed by the United States Probation Officer.

4. That he shall continue to take such medication as shall be prescribed for him by the medial provider. A list of his current medications has been provided (Medication Summary Report) to the group home. He will be supplied with a 90 day supply of medications upon release. Close monitoring of his medication compliance and regular drug screening will be necessary for his stability in the community.

5. It shall be the duty and responsibility of the medical provider to promptly notify the United States Probation Office of any changes in the prescribed regimen of medical or psychiatric care. Specifically, any failure by Mr. Wright to cooperate or comply with medication or other requirements of the conditions listed herein shall be grounds for revocation of his conditional release.

6. That he waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising United States Probation Officer, who will assist in monitoring his ongoing appropriateness for community placement.

7. That he abstain from the use of alcohol, illegal narcotic substances or drugs. He may be required to submit to testing for use of drugs and alcohol at the direction of the United States Probation Officer. He shall not frequent places where alcohol or illegal drugs are known to be the primary place of possession, manufacture or distribution.

8. As directed by the probation officer, Mr. Wright shall notify third parties of risk that may be occasioned by his criminal record, personal history or characteristics, and shall permit the probation officer to make such notification and confirm his compliance with such notification requirement.

9. That he not have in his possession at any time any actual or imitation firearm, destructive device or other deadly weapon.  He shall submit to a search based on reasonable suspicion, at the request of a probation officer or any law enforcement officer of his person and property for the purpose of determining compliance with this condition.

10. That he be restricted from travel outside of the local area except with the prior approval of the United States Probation Officer and Home Staff. Mr. Wright will abide by the Home Rules of the program which he has reviewed and accepted by signing them.

11. That he not commit a federal, state, or local crime, and that he immediately notify his Probation Officer if he is arrested or questioned by any law enforcement officer.  He shall not associate with any persons engaged in criminal activity or associate with any person convicted of any felony unless granted permission by his probation officer.

12. That if made a part of his treatment plan, he shall work regularly at a lawful occupation unless excused for acceptable reasons.

13. Mr. Wright's failure to adhere to any of these conditions will result in his arrest and subsequent review by the Federal Court of jurisdiction of his conditional release and suitability for continued release to the community.

14. Upon the recommendation of the medical provider and his probation officer, Mr. Wright will voluntarily admit himself into a hospital for treatment. If he refuses, involuntary state civil commitment procedures should be considered. A local or state hospital should be utilized if possible.  If local or state facilities are unable to ensure the safety of others, the probation officer shall contact this court for further instructions and possible designation or return to federal custody (preferably FMC

        Butner, North Carolina).

15. It shall be the duty and responsibility of the United States Probation Office to notify and provide adequate documentation to the United States Attorney, Federal Public Defender and the Warden of FMC Butner, North Carolina upon a request to modify or terminate the conditions of release.

16. Annual reports shall be filed by the Probation Office with the court, with copies to the United States Attorney, Federal Public Defender, and the Warden of FMC Butner, North Carolina.

17. Upon receipt and verification of a Court Order and Conditions of Release, the Bureau of Prisons shall notify the appropriate persons, finalize release paperwork, and transportation arrangements, arrange the initial appointment for mental health aftercare and contact the assigned Probation Officer prior to the actual date and time of release from Bureau of Prisons.  The Bureau of Prisons shall release Mr. Wright to the group home after all release arrangements are satisfactory and complete.

## THE LAW

Pursuant to 18 U.S.C. § 4243 (f) when the director of the facility housing the acquitted person determines that such person has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a Certificate to that effect with the clerk of the court that ordered the commitment.  Once the Certificate is filed the court shall order the discharge of the person or on its own motion or motion of the government, shall hold a hearing to determine whether the person should be released.  The Certificate signed by Kenny Atkinson, the Warden of Federal Medical Center, Butner, is attached as Exhibit 2.

In Mr. Wright's case he should be ordered conditionally released because his medical team from FMC Butner determined that he was appropriate for conditional release since June, 2008 and as recently as May, 2014 reiterated that opinion.  The Warden of FMC, Butner has

issued the appropriate Certificate of Improved Mental Health Condition And Request For Conditional Release From Psychiatric Hospitalization on December 10, 2014.  Mr. Wright has been accepted into a group home since November 2, 2012.  That group home was deemed appropriate by the probation office since May 6, 2013 and appropriate conditions of release have been established.

## CONCLUSION

Based on the foregoing Mr. Wright should be conditionally released under the conditions herein set forth.

                                                                     Respectfully submitted,

                                                                     HEATHER E. WILLIAMS
                                                                     Federal Defender

Date: December 10, 2014                        /s/  *Victor M. Chavez*
                                                                     VICTOR M. CHAVEZ
                                                                     Assistant Federal Defender
                                                                     Attorney for Defendant
                                                                     JAMES WRIGHT

IT IS SO ORDERED.

Dated:   **December 10, 2014**              **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE